UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOSEPH DUKES

V.

CROSBY TUGS, L.L.C.

CIVIL ACTION NO. 2:18-cv-0564

DIV. "R"   MAG. (1)

HON. SARAH S. VANCE
MAG. JANIS VAN MEERVELD

## UNSWORN DECLARATION
## UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I, Monty W. Savoy, Jr., declare under penalty of perjury that:

1. I am over the age of majority and am a resident of the state of Louisiana.

2. I am the QHSE Director of Crosby Tugs, L.L.C. ("Crosby").

3. Mr. Dukes applied for employment with Crosby on December 14, 2009.

4. Crosby requires all applicants to submit to a pre-employment physical.

5. Mr. Dukes underwent a pre-employment physical at Complete Occupational Health Services on December 14, 2009.

6. In connection with his pre-employment physical, Nurse Practitioner Rebecca A. Wood, completed a United States Coast Guard Merchant Mariner Credential Medical Evaluation Report. Please see the Report, attached hereto as Item "1."

7. Section IV of this document, entitled "Certification of Medical Conditions," directs the Applicant to report his medical history, and contains a detailed description of various medical conditions and treatment. *See* Item 1, p. 2 of 8.

8. Mr. Dukes denied all of the listed conditions. *See* Item 1, p. 3 of 8.

9. Mr. Dukes stated that he did not "have" or "ever suffered" "47. Back surgery *or injury.*" *See* Item 1, p. 2-3 of 8.

**EXHIBIT**
**"A"**

10. Based on the representations Mr. Dukes provided in his Merchant Mariner Credential Medical Evaluation Report, Crosby hired Mr. Dukes as a deckhand on or about December 15, 2009.

11. Mr. Dukes did not disclose his prior back injury while serving in the Army.

12. Mr. Dukes did not disclose his prior treatment with various chiropractors for low back pain for ten years prior to his application with Crosby.

13. Crosby requires applicants to accurately and fully report their medical history during their pre-employment physical, including whether the applicant has ever had back treatment/injuries, so that Crosby can decide whether to hire that person to perform the job of a deckhand.

14. The position of a deckhand requires physical activity over extended periods of time.

15. Had Mr. Dukes disclosed his prior extensive treatment for low back pain, this information would have been material to Crosby's decision to hire Mr. Dukes.

16. Had Mr. Dukes disclosed his more than a decade of prior back pain and treatment, Crosby would have inquired further to determine Mr. Duke's employability.

17. Crosby relied on the information provided by Mr. Dukes in his Merchant Mariner Credential Medical Evaluation Report, when it decided to hire Mr. Dukes.

18. Crosby assigned Mr. Dukes to work for Crosby in reliance on the information provided by Mr. Dukes in his Merchant Mariner Credential Medical Evaluation Report.

19. The pre-employment physical examination was utilized by Crosby to ascertain the existence of any medical condition that might impact Mr. Dukes' ability to perform his job duties.

20. On or about October 30, 2017, Mr. Dukes was working aboard the M/V MISS KORI as a deckhand.

21. Mr. Dukes had been employed by Crosby for approximately eight years at the time of his alleged October 30, 2017 incident.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Thus done in _Houma_, _Louisiana_ on this 21 day of December, 2018.

Monty W. Savoy, Jr.
QHSE Director

## Section I - Applicant Information

| Last Name: Dukes | First Name: Joseph | Middle Name: Arnold | Suffix: (Jr., Sr., III) |
|---|---|---|---|
| Age: 51 | Date of Birth (MM/DD/YYYY): 10.23.58 | Social Security Number: [REDACTED] | |

### Applicant Certification (to be signed by applicant)

My signature below attests, subject to prosecution under 18 USC 1001, that all information that I have reported is true and correct to the best of my knowledge, and that I have not knowingly omitted to report any material information relevant to this form.

Date: 12-14-09

Printed Name: Joseph A. Dukes

Signature: [signed] Joseph A. Dukes

How do you wish to be contacted? (phone, e-mail, letter, fax) Please include contact information below:

(Hm) 850-830-0183

## Section II – Release

I hereby authorize the verifying medical practitioner (VMP), who has signed the certification on page 9 of this form, to release to, or discuss with authorized Coast Guard personnel, any pertinent information in his/her possession regarding any physical or medical condition that may require review by the Coast Guard prior to determining whether the Coast Guard should issue a credential(s) for maritime service.

I understand that this authorization is voluntary. I also understand that failure to provide authorization could affect the Coast Guard's ability to make a timely determination as to whether the Coast Guard should issue me a credential(s) for maritime service. This authorization will remain in effect until the Coast Guard determines whether to issue me the requested credential(s) for maritime service, but no longer than one year.

I have read and understand the following statement about my rights:

- I may revoke this authorization at any time prior to its expiration date by notifying the verifying medical practitioner in writing, but the revocation will not have any effect on any actions taken before they received the notification.
- Upon request, I may see or copy the information described in this release.
- I am not required to sign this release to receive my medical evaluation.

**Applicant:**

| Name (Printed): Joseph A. Dukes | Signature: [signed] Joseph A. Dukes | Date: 12-14-09 |
|---|---|---|

Applicant Name: Joseph A. Dukes    Date of Birth: 10-23-58

ITEM "1"

### Section III - Medications *(must be completed by applicant and reviewed by verifying medical practitioner)*

Credential applicants who are required to complete a general medical exam are required to report all prescription medications prescribed, filled or refilled and/or taken within 30 days prior to the date that the applicant signs the CG-719K or approved equivalent form. In addition, all prescription medications, and all non-prescription (over-the-counter) medications including dietary supplements and vitamins, that were used for a period of 30 or more days within the last 90 days prior to the date that the applicant signs the CG-719K or approved equivalent form, must also be reported.

The information reported by the applicant must be verified by the verifying medical practitioner or other qualified medical practitioner to the satisfaction of the verifying medical practitioner to include the following two items.
1. Report all medications (prescription and non-prescription), dietary supplements, and vitamins.
2. Include dosages of every substance reported on this form, as well as the condition for which each substance is taken.

Additional sheets may be added by the applicant and/or qualified medical practitioner if needed to complete this section *(include applicant name and date of birth on each additional sheet)*.

If none, check "NONE."

[✓] NONE

### Section IV - Certification of Medical Conditions *(must be completed by applicant and reviewed by verifying medical practitioner)*

Applicants must report their relevant medical conditions to the best of their knowledge, and the verifying medical practitioner must verify the medical conditions, using the table below. Check "yes" if the applicant has had a previous diagnosis or treatment of the condition by a healthcare provider, or if the applicant is currently under treatment or observation for the condition, or if the condition is present regardless of treatment.

If the verifying medical practitioner, or any other health care provider to the satisfaction of the verifying medical practitioner, discovers a condition not reported by the applicant, he/she must check "yes" in the appropriate block and explain in the remarks.

The verifying medical practitioner must address all reported relevant conditions in detail in this Section. This detailed explanation should include, at a minimum, identification of the condition, approximate date of diagnosis, any limitations, whether the condition is controlled, the prognosis and any additional information as appropriate, referring to the evaluation data listed in enclosure (3) of NVIC 4-08 for each condition.

Additional sheets may be added by the applicant and/or verifying medical practitioner if needed to complete this section of the form. *(include applicant name and DOB on each additional sheet)*.

To the best of the applicant's knowledge, does the applicant have, or have ever suffered from, any of the following?

If YES, the applicant must **PROVIDE THE TEST RESULTS AND/OR RECORDS AS INDICATED**, referring to the evaluation data listed in enclosure (3) of NVIC 4-08 for each condition. Documentation of evaluation data specified in this table for all applicable medical conditions potentially requiring further review should be submitted with each application, unless otherwise specified by the NMC. Mariners, including first class pilots and those individuals "serving as" pilots (as well as Great Lakes pilots) who are required to submit annual physical examinations to the Coast Guard, may be issued a letter by the NMC specifying the extent of the evaluation data, if any, that should be submitted to the Coast Guard for any medical conditions that have been previously reported to, and evaluated by, the NMC.

The verifying medical practitioner shall make comments on all answers marked "yes" on the following page for which no evaluation data has been submitted. If known to the VMP, the VMP may comment that a condition has been previously reported on a prior CG-719K, but only for those CG-719Ks submitted after December 31, 2008, and only for those conditions which have not changed since the condition was previously reported on a prior CG-719K

Applicant Name: Joseph A. Dukes     Date of Birth: 10-23-58

| | | |
|---|---|---|
| 1. Identify the Condition | 3. Is Condition Controlled? | 5. Prognosis |
| 2. List Any Limitations | 4. Approximate Date of Diagnosis | 6. Additional Information |

| # | YES | NO | Condition | # | YES | NO | Condition |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | ☒ | Ear surgery | 45 | ☐ | ☒ | Kidney stones |
| 2 | ☐ | ☒ | Hearing loss, hearing aid | 46 | ☐ | ☒ | Protein/sugar/blood in urine |
| 3 | ☐ | ☒ | Impaired speech or stuttering | 47 | ☐ | ☒ | Back surgery or injury |
| 4 | ☐ | ☒ | Deformities of face | 48 | ☐ | ☒ | Ruptured/herniated disc |
| 5 | ☐ | ☒ | Open tracheostomy | 49 | ☐ | ☒ | Fractures requiring surgery |
| 6 | ☐ | ☒ | Poor vision | 50 | ☐ | ☒ | Limitation of any major joint |
| 7 | ☐ | ☒ | History of eye disease or injury | 51 | ☐ | ☒ | Bone or joint surgery |
| 8 | ☐ | ☒ | History of eye surgery | 52 | ☐ | ☒ | Dislocated joint |
| 9 | ☐ | ☒ | Abnormal color vision | 53 | ☐ | ☒ | Recurrent neck or back pain |
| 10 | ☐ | ☒ | Glaucoma | 54 | ☐ | ☒ | Swollen or painful joint |
| 11 | ☐ | ☒ | Asthma | 55 | ☐ | ☒ | Arthritis or bursitis |
| 12 | ☐ | ☒ | Emphysema or COPD | 56 | ☐ | ☒ | Trick or locked knee |
| 13 | ☐ | ☒ | Collapsed lung/pneumothorax | 57 | ☐ | ☒ | Amputation or prosthesis |
| 14 | ☐ | ☒ | Irregular heart beat | 58 | ☐ | ☒ | Carpal tunnel |
| 15 | ☐ | ☒ | Heart murmur or valve replacement | 59 | ☐ | ☒ | Difficulty walking or climbing |
| 16 | ☐ | ☒ | Chest pain or angina | 60 | ☐ | ☒ | Sciatica or nerve pain |
| 17 | ☐ | ☒ | Heart attack/ myocardial infarction | 61 | ☐ | ☒ | Other bone/joint disorder |
| 18 | ☐ | ☒ | Congestive heart failure | 62 | ☐ | ☒ | Motion/sea sickness |
| 19 | ☐ | ☒ | Heart surgery/stent/angioplasty | 63 | ☐ | ☒ | Impaired balance, or balance disorder or difficulty |
| 20 | ☐ | ☒ | Pacemaker or defibrillator | 64 | ☐ | ☒ | Vertigo or dizziness |
| 21 | ☐ | ☒ | Any other heart condition | 65 | ☐ | ☒ | Numbness or paralysis |
| 22 | ☐ | ☒ | High blood pressure/hypertension | 66 | ☐ | ☒ | Head injury or skull fracture |
| 23 | ☐ | ☒ | Aneurysm or blockages | 67 | ☐ | ☒ | Seizures or epilepsy |
| 24 | ☐ | ☒ | Pulmonary embolus or blood clots | 68 | ☐ | ☒ | Recurrent headaches |
| 25 | ☐ | ☒ | Gastrointestinal bleeding or ulcers | 69 | ☐ | ☒ | Narcolepsy |
| 26 | ☐ | ☒ | Crohn's disease or ulcerative colitis | 70 | ☐ | ☒ | Sleep apnea |
| 27 | ☐ | ☒ | Hepatitis or jaundice | 71 | ☐ | ☒ | Restless leg |
| 28 | ☐ | ☒ | Gallbladder problems or stones | 72 | ☐ | ☒ | Fainting spells or loss of consciousness |
| 29 | ☐ | ☒ | Intestinal surgery | 73 | ☐ | ☒ | Stroke or TIA |
| 30 | ☐ | ☒ | Any form of cancer | 74 | ☐ | ☒ | Brain tumor |
| 31 | ☐ | ☒ | Anemia | 75 | ☐ | ☒ | Other brain or nerve disease |
| 32 | ☐ | ☒ | Hemophilia or polycythemia | 76 | ☐ | ☒ | ADD, ADHD, or bipolar |
| 33 | ☐ | ☒ | Any other blood disorders | 77 | ☐ | ☒ | Depression |
| 34 | ☐ | ☒ | Thyroid disease | 78 | ☐ | ☒ | History of suicide attempt |
| 35 | ☐ | ☒ | Diabetes | 79 | ☐ | ☒ | Schizophrenia |
| 36 | ☐ | ☒ | HIV or AIDS | 80 | ☐ | ☒ | Anxiety |
| 37 | ☐ | ☒ | Lymphoma or leukemia | 81 | ☐ | ☒ | Alcohol or substance abuse |
| 38 | ☐ | ☒ | Tuberculosis | 82 | ☐ | ☒ | Loss of memory or amnesia |
| 39 | ☐ | ☒ | Neurofibromatosis | 83 | ☐ | ☒ | Other psychiatric disease or counseling |
| 40 | ☐ | ☒ | Skin tumors or cancer | 84 | ☐ | ☒ | Sleepwalking |
| 41 | ☐ | ☒ | Scleroderma | 85 | ☐ | ☒ | Bedwetting since age 12 |
| 42 | ☐ | ☒ | Lupus | 86 | ☐ | ☒ | Sex change |
| 43 | ☐ | ☒ | Kidney transplant or dialysis | 87 | ☐ | ☒ | Allergic reactions |
| 44 | ☐ | ☒ | Kidney disease or cancer | 88 | ☐ | ☒ | Any other disease, surgery or hospitalization |

| Condition # | Comment |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Applicant Name: Joseph A. Dukes    Date of Birth: 10-23-58

Previous Edition Obsolete

## Section V (a) – Visual Acuity

This section must be completed by the verifying medical practitioner, or any other healthcare provider to the satisfaction of the verifying medical practitioner see encl 5 of NVIC 4-08. Additional information must be reported in Section VII. If corrective lenses are required to meet the standard, both corrected and uncorrected vision must be tested.

| Distant Uncorrected | Distant Corrected To | Field of Vision | |
|---|---|---|---|
| Right: 20 / 50 | Right: 20 / 20 | This applicant must have a 100-degree horizontal field of vision. | ☑ Normal |
| Left: 20 / 50 | Left: 20 / 20 | | ☐ Abnormal |

## Section V (b) – Color Vision

The following color sense testing methodologies are acceptable:
- ☐ AOC (1965) – (6 or fewer errors on plates 1-15)
- ☐ AOC-HRR (2nd Edition) – (No errors in test plates 7-11)
- ☐ Richmond (1983) – (6 or fewer errors)
- ☑ Ishihara pseudoisochromatic plates test, 14 plate (5 or less errors), 24 plate (6 or less errors) 38 plate (8 or less errors)
- ☐ Titmus Vision Tester / OPTEC 2000 – (No errors on six plates)
- ☐ Farnsworth Lantern (colored lights) Test per instruction booklet.
- ☐ Optec 900 (colored lights) Test per instruction booklet.
- ☐ An alternative test approved by the Coast Guard (indicate test) _____

The verifying medical practitioner must indicate test used and results (number of errors). Additional information must be reported in Section VII. Color sensing lenses (e.g. X-Chrome) are prohibited.

Color Vision: Normal Color Vision ☑ Abnormal Color Vision ☐

Number of Errors ___0___

## Section VI – Hearing

| Normal | Abnormal Hearing | Hearing Aid Required |
|---|---|---|
| ☑ | ☐ | ☐ |

If abnormal hearing or hearing aid required, perform audiogram or functional speech discrimination test.

An applicant with normal hearing does not need to complete either the audiometer test or the functional speech discrimination test. The verifying medical practitioner, in consultation with any other healthcare provider he/she deems appropriate, determines whether the audiometer and/or functional speech discrimination tests are necessary. If hearing is abnormal or a hearing aid is required, refer to enclosure (5) of NVIC 4-08 for guidance.

If audiometric testing is required, the audiometer test should include testing at the following thresholds, 500Hz, 1,000 Hz, 2,000 Hz and 3000 Hz. The frequency responses for each ear are averaged to determine the measure of an applicants hearing ability. The Applicant should demonstrate an unaided threshold of 30dB in each ear.

Additional information must be reported in Section VII.

| Audiometer Threshold Value | 500Hz | 1,000Hz | 2,000Hz | 3,000Hz | | | |
|---|---|---|---|---|---|---|---|
| Right Ear (Unaided) | | | | | | | |
| Left Ear (Unaided) | | | | | | | |
| Right Ear (Aided) | | | | | | | |
| Left Ear (Aided) | | | | | | | |

| Functional Speech Discrimination Test @ 55dB | Right Ear (Unaided): | % | Right Ear (Aided) | % |
|---|---|---|---|---|
| | Left Ear (Unaided): | % | Left Ear (Aided) | % |

Applicant Name: Joseph A. Dukes  Date of Birth: 10-23-58

## Section VII (a) - Physical Information

This section to be completed by the verifying medical practitioner, or other medical staff to the satisfaction of the verifying medical practitioner. Additional information must be reported in Section VII.

| Height (inches only): 72 | Weight (lbs): 200 | Body Mass Index (BMI): 27.17 | Gender: male |
|---|---|---|---|
| Pulse Resting: 76 | Initial Blood Pressure: 120/80 | | Repeat Blood Pressure (if needed): |

### Section VII (b) – Physical Exam (must be completed by verifying medical practitioner)

| # | Normal | Abnormal | System/Organ | # | Normal | Abnormal | System/Organ |
|---|---|---|---|---|---|---|---|
| 1. | ✓ | | Head, Face, Neck, Scalp | 10. | ✓ | | Skin |
| 2. | ✓ | | Eyes / Pupils / EOM | 11. | ✓ | | Lymphatic |
| 3. | ✓ | | Mouth And Throat | 12. | ✓ | | Neurologic |
| 4. | ✓ | | Ears / Drums | 13. | ✓ | | Vascular System |
| 5. | ✓ | | Lungs And Chest | 14. | ✓ | | Genital-Urinary System |
| 6. | ✓ | | Heart | 15. | ✓ | | Hernia |
| 7. | ✓ | | Abdomen | 16. | ✓ | | Missing extremities / Digits |
| 8. | ✓ | | Upper / Lower Extremities | 17. | ✓ | | General / Systemic |
| 9. | ✓ | | Spine / Musculoskeletal | | | | |

Please make numbered comments on abnormal systems/organs:

### Section VIII - Demonstration of Physical Ability (to be completed by the verifying medical practitioner)

► If the examining medical practitioner doubts the applicant's ability to meet the guidelines contained within this table, and for all applicants with a Body Mass Index (BMI) of 40.0 or higher, the practitioner shall require that the applicant demonstrate the ability to meet the guidelines. This does not mean, for example, that the applicant must actually don an exposure suit, pull an uncharged 1.5 inch diameter 50' fire hose with nozzle to full extension, or lift a charged 1.5 inch diameter fire hose to fire fighting position. Rather, the medical practitioner may utilize alternative measures to satisfy himself or herself that the applicant possesses the ability to meet the guidelines in the third column. A description of the methods utilized by the medical practitioner should be reported in Section IX.

► All practical demonstrations, if required, should be performed by the applicant without assistance. Any prosthesis normally worn by the applicant, and other aid devices, may be used by the applicant in all practical demonstrations except when the use of such items would prevent the proper wearing of mandated personal protection equipment (PPE).

Applicant Name: Joseph A. Dukes          Date of Birth: 10-23-58

- If the verifying medical practitioner is unable to conduct the practical demonstration, the applicant should be referred to a competent evaluator of physical ability. The Coast Guard recognizes that all medical practitioners may not have the equipment necessary to test all of the tasks as listed. Equivalent alternate testing methodologies may be used. For further information, see enclosure (2) of NVIC 4-08.
- If the applicant is unable to perform any of the following functions, the examining practitioner should provide information on the degree or the severity of the applicant's inability to meet the standards. The results of any practical demonstration or attendant physical evaluation should be recorded in the Section IX.

List of tasks considered necessary for performing ordinary and emergency response shipboard functions:

| Shipboard Tasks, function, event or condition: | Related Physical Ability: | The examiner should be satisfied that the applicant: |
|---|---|---|
| Routine Movement on slippery, uneven, and unstable surfaces. | Maintain Balance (equilibrium). | Has no disturbance in sense of balance. |
| Routine access between levels. | Climb up and down vertical ladders and stairways. | Is able, without assistance, to climb up and down vertical ladders and stairways. |
| Routine movement between spaces and compartments. | Step over high door sills and coamings, and move through restricted accesses. | Is able without assistance, to step over a door sill or coaming of 24 inches (61 centimeters) in height. Able to move through a restricted opening of 24 inches. |
| Open and close watertight doors, hand cranking systems, open/close valve. | Manipulate mechanical devices using manual and digital dexterity, and strength. | Is able, without assistance, to open and close watertight doors that may weigh up to 55 pounds (25 kilograms). Should be able to move hands/arms to open and close valve wheels in vertical and horizontal directions; rotate wrists to turn handles. Reach above shoulder height. |
| Handle ship's stores. | Lift, pull, push, and carry a load. | Is able, without assistance, to lift at least a 40 pound (18.1 kilogram) load off the ground, and to carry, push or pull the same load. |
| General vessel maintenance. | Crouch (lowering height by bending knees); kneel (placing knees on ground); and stoop (lowering height by bending at the waist). Use hand tools such as spanners, valve wrenches, hammers, screwdrivers, pliers. | Is able, without assistance, to grasp, lift and manipulate various common shipboard tools. |
| Emergency response procedures, including escape from smoke-filled spaces. | Crawl (the ability to move the body with hands and knees); feel (the ability to handle or touch to examine or determine differences in texture and temperature). | Is able, without assistance, to crouch, keel and crawl, and to distinguish differences in texture and temperature by feel. |
| Stand a routine watch. | Stand a routine watch. | Is able, without assistance, to intermittently stand on feet for up to four hours with minimal rest periods. |
| React to visual alarms and instructions, emergency response procedures. | Distinguish an object or shape at a certain distance. | Fulfills the eyesight standards for the merchant mariner credential(s) applied for. See footnote 1 of this table & enclosure (5) of NVIC 4-08. |
| React to audible alarms and instructions, emergency response procedures. | Hear a specified decibel (dB) sound at a specified frequency. | Fulfills the hearing capacity standards for the merchant mariner credential(s) applied for. |
| Make verbal reports or call attention to suspicious or emergency conditions. | Describe immediate surroundings and activities, and pronounce words clearly. | Is capable of normal conversation. |
| Participate in firefighting activities. | Be able to carry and handle fire hoses and fire extinguishers. | Is able, without assistance, to pull an uncharged 1.5 inch diameter, 50' fire hose with nozzle to full extension, and to lift a charged 1.5 inch diameter fire hose to fire fighting position. |
| Abandon ship. | Use survival equipment. | Has the agility, strength and range of motion to put on a personal flotation device and exposure suit without assistance from another individual. |

Applicant Name: Joseph A. Dukes   Date of Birth: 10-23-58

| Section IX – Verifying Medical Practitioner Recommendation |||
|---|---|---|
| ☒ Recommended Competent | ☐ Not Recommended Competent *(explain in comments)* | ☐ Needing Further Review *(explain in comments)* |

Comments on Recommendation: — Normal physical exam.

Verifying Medical Practitioner: *JWood FNP-BC*

This signature attests, subject to criminal prosecution under 18 USC § 1001, that all information reported by the verifying medical practitioner is true and correct to the best of his/her knowledge and that the verifying medical practitioner has not knowingly omitted or falsified any material information relevant to this form.

Name (Printed): Rebecca A Wood FNP-BC

Signature: *JWood FNP-BC*

Date: 12-14-09

U.S. Dept. of Homeland Security, USCG, CG-719K, Rev. 01-09

Applicant Name: Joseph A. Dukes

Date of Birth: 10 23 58

Previous Edition Obsolete



**Complete Occupational Health Services**
18838 Hwy 3235, Galliano, LA 70354
Phone: 985-475-8277   Fax: 985-475-6347

# FUNCTIONAL CAPACITY EVALUATION

## PATIENT INFORMATION:

Report Date: **12/14/09**

Patient: **JOSEPH DUKES**        ID#:
Address: n/a                      DOB: 10/23/58    Age: 51    Sex: M
         n/a,                     Height: 72 in    Weight: 200 lb
Phone (H): n/a                    Phone (W): n/a
Initial Visit: 12/14/09           Occupation: **DECKHAND**
... Referred by: n/a              Employer: n/a
... Resting Pulse Rate: 76        Insurance Co: n/a
... Blood Pressure (sitting): **120/80**    Physician: n/a
Tested By: **Joey Fullilove**     Attorney: n/a

| Injury: Diagnosis | Side | Injury Date | ICD-9 Code |
|---|---|---|---|
| n/a | n/a | n/a | n/a |

## JOB INFORMATION:

Company: **CROSBY TUGS**          Department: n/a
Address: n/a                      n/a, n/a n/a
Phone: n/a                        FAX: n/a
Job Title: **DECKHAND**           Job Subtitle: n/a

## HISTORY:

## SUMMARY:

equal to 15% cannot be considered as valid, consistent and reproducible.