Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

Page 1

```
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA


JOSEPH DUKES                *    CIVIL ACTION
                            *
VERSUS                      *    NO. 2:18-cv-0564
                            *
CROSBY TUGS, L.L.C.         *    SECTION "H"(1)
                            *
*  *  *  *  *  *  *  *  *  *
```

        Deposition of JOSEPH ARNOLD DUKES, 111
Wellington Road, Fort Walton Beach, Florida
32547, taken in the offices of The Young Law
Firm, 400 Poydras Street, Suite 2090, New
Orleans, Louisiana 70130, on Tuesday, the 2nd
day of October, 2018.


APPEARANCES:

    THE YOUNG LAW FIRM
    (By:  Megan Misko, Esquire)
    400 Poydras Street
    Suite 2090
    New Orleans, Louisiana  70130
        (Attorneys for the Plaintiff)
    FRILOT L.L.C.
    (By:  Miles P. Clements, Esquire)
    3700 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana  70163
        (Attorneys for the Defendant)


REPORTED BY:

    LYNN DeROCHE SIMMONS, CCR
    Certified Court Reporter

**EXHIBIT "B"**

Page 25

1     A.   For most of the time that I was on
2  there, it did.  We pushed -- What do they call
3  them?  Pressure barges.
4     Q.   From where to where?
5     A.   (No response.)
6     Q.   I mean, was it a regular run between
7  ports?
8     A.   It was usually from -- usually most of
9  the docks out in Texas.  We might would run from
10 somewhere in Louisiana to Texas.
11    Q.   Okay.  What's a pressure barge?
12    A.   It holds chemicals.
13    Q.   Chemical barge?
14    A.   Chemical barge, yeah.
15    MR. CLEMENTS:
16         Okay.  Can we take a 30-second bathroom
17 break?
18         (Whereupon a brief recess was taken.)
19 EXAMINATION BY MR. CLEMENTS:
20    Q.   All right.  One of the interrogatories
21 we asked in writing states, "Have you ever been
22 involved in any accident either prior or
23 subsequent to the incident referred to in the
24 lawsuit?"  And your answer stated to the best of
25 plaintiff's recollection, in February of 1978

Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

```
                                                    Page 26
 1    you bruised muscles in your back in a
 2    parachuting accident in Fort Benning, Georgia;
 3    is that right?
 4         A.   Yes.
 5         Q.   Were you in the service?
 6         A.   Yes.
 7         Q.   Which branch?
 8         A.   Army.
 9         Q.   When did you go in the Army?
10         A.   September 1977.
11         Q.   September 1977?
12         A.   Yes.
13         Q.   Did you enlist?
14         A.   Yes.
15         Q.   How long were you in the Army?
16         A.   Eight years.
17         Q.   Where did you train?
18         A.   I started at Fort Leonard Wood,
19    Missouri.
20         Q.   All right.  That's where you started.
21    Where else?
22         A.   That's where I started.  From there,
23    Fort Benning, Georgia.
24         Q.   Okay.  Did you --
25         A.   Fort --
```

Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

```
                                                    Page 27
 1      Q.   Go ahead.
 2      A.   Fort Bragg, North Carolina.  Fort
 3  Bragg.  You got Fort Benning.  You mean regular
 4  duty stations also --
 5      Q.   No.
 6      A.   -- or just training?
 7      Q.   Basic training.  Where did you do your
 8  basic training?
 9      A.   Fort Leonard Wood and Fort Bragg.  I
10  mean, Fort Leonard Wood and Fort Benning.
11      Q.   Then you were assigned to Fort Bragg?
12      A.   Yes.
13      Q.   What did you do in the Army?
14      A.   Mechanic and para -- jumping out of
15  airplanes, paratrooper.  My job was a mechanic
16  though.  My first four years I was a mechanic,
17  and the last four I was in infantry.
18      Q.   What sort of equipment did you
19  maintain?
20      A.   Trucks, jeeps, the two-and-a-half-ton
21  trucks, five-ton trucks, jeeps, regular pickups.
22      Q.   Okay.  And then you decided you wanted
23  to go in the infantry?
24      A.   Yes.
25      Q.   Were you ever deployed?
```

Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

```
                                               Page 28
 1      A.   Deployed?  No.
 2      Q.   You never saw combat?
 3      A.   No.
 4      Q.   Did you spend all of your years in the
 5   infantry at Fort Bragg?
 6      A.   No.  I spent -- I spent a year in Korea
 7   and I spent two years at Fort Riley, Kansas and
 8   one year at Fort Stewart, Georgia.
 9      Q.   Okay.  What did you do to your back in
10   the parachuting accident?
11      A.   I was told it was bruised muscles.
12      Q.   Okay.  Were you treated medically in a
13   hospital?
14      A.   They took me to the hospital, but I
15   didn't get any treatment.  They just -- I was on
16   light duty for two weeks.
17      Q.   Okay.  Were you honorably discharged
18   from the Army?
19      A.   Yes.
20      Q.   What was your highest rank?
21      A.   E5.
22      Q.   E5?
23      A.   Yes.
24      Q.   Did you ever have any other accidents,
25   injuries, or serious illnesses of any kind
```

Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

```
                                                      Page 29
 1   before this accident for which you filed a
 2   lawsuit?
 3        A.   No.  The only other thing I went to the
 4   doctor for was my knee.  That's the only thing I
 5   think I went to the doctor for.
 6        Q.   Who did you see for your knee?
 7        A.   Dr. Chen.
 8        Q.   Can you spell it?
 9        A.   I think it's C-H-E-N.
10        Q.   And where is he located?
11        A.   He's in Fort Walton Beach.
12        Q.   What's his first name?
13        A.   I'm not sure.
14        Q.   Is he an orthopedist?
15        A.   Yes.
16        Q.   And what did you do to your knee?
17        A.   His diagnosis was a slight tear of the
18   meniscus.
19        Q.   And when was that?
20        A.   I'm not sure.  2015 or 2016.
21        Q.   And how did you do that?
22        A.   I don't know.  I don't know.  It just
23   swoll up and I'm not sure how that happened.
24        Q.   It just got swollen one day and --
25        A.   Uh-huh (indicating affirmatively).
```

Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

```
                                                        Page 30
 1       Q.    -- maybe some discomfort?
 2       A.    Yes.
 3       Q.    Did he do any surgery?
 4       A.    No.
 5       Q.    All right.  Did you take some
 6   medication?
 7       A.    He did some kind of injection.  I'm not
 8   sure what he put in there.
 9       Q.    One injection or more than one?
10       A.    One.
11       Q.    All right.  And did that clear it up?
12       A.    Yes.
13       Q.    All right.  Did you have any other
14   accidents, injuries, or serious illnesses in
15   your lifetime other than the slight tear of your
16   meniscus in your knee and the bruised back in
17   1978 at Fort Benning, Georgia?
18       A.    No.
19       Q.    Okay.  No illnesses beyond the cold or
20   the flu or anything like that?
21       A.    No.
22       Q.    All right.  Did you ever have a back
23   condition or back pain before this incident
24   other than the two weeks of a bruised back in
25   February of 1978?
```

Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

Page 31

1      A.   I probably had pulled muscles in it.
2  I've never been to a doctor.  I know I had a
3  couple of chiropractic visits.
4      Q.   You saw a chiropractor?
5      A.   Uh-huh (indicating affirmatively).
6      Q.   For your back?
7      A.   Yes.
8      Q.   How many times?
9      A.   I mean, during my lifetime or --
10     Q.   Well, I mean, how often did you see a
11 chiropractor?  Yeah.  I guess.  How many times
12 in your lifetime did you see a chiropractor
13 before this accident for which you filed a
14 lawsuit?
15     A.   I'd say -- I'm not sure.  How many
16 times?
17     Q.   Well, yeah.  Would it be three or four
18 times, five or six times, twenty or thirty
19 times, a hundred times?  By an order of
20 magnitude, how often or how many times did you
21 see a chiropractor for your back?
22     A.   I'd say -- That would be a hard one to
23 guess.  I'd say about -- I'd have to guess about
24 fifteen times maybe.
25     Q.   Fifteen times?

```
                                                     Page 32
 1       A.   Yeah.  During -- during my lifetime,
 2   yeah, at least.
 3       Q.   All right.  Do you recall how old you
 4   were when you first saw a chiropractor for your
 5   back or what year it was?
 6       A.   I'm not sure.  The first time.  I would
 7   have to say maybe 40.
 8       Q.   When you were 40 years old?
 9       A.   Yeah.
10       Q.   And you're 59 now?
11       A.   Uh-huh (indicating affirmatively).
12       Q.   Okay.  And did you see a chiropractor
13   on and off for those 19 years between the time
14   you were 40 and 59?
15       A.   Yes.
16       Q.   How many different chiropractors did
17   you see?
18       A.   I would say three.
19       Q.   Three?
20       A.   Yeah.
21       Q.   And what are their names?
22       A.   Dr. Kuhn.
23       Q.   How do you spell that?
24       A.   I think it's K-H-U-N [sic].
25       Q.   Where is he located?
```

Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

Page 33

```
 1      A.    Fort Walton Beach.
 2      Q.    Okay.  Who else?
 3      A.    M&M Chiropractic.
 4      Q.    In Fort Walton Beach?
 5      A.    Yes.
 6      Q.    And who was the name -- who was the
 7   chiropractor you saw?  What was his or her name?
 8      A.    Oh, I don't know.  I don't recall.  It
 9   was a lady.  I don't remember her name.
10      Q.    All right.  And who was the third
11   chiropractor?
12      A.    That one, I think I went there maybe a
13   couple of times.  What was the name of that?  I
14   don't remember the name of that one.  I only
15   went there a couple of times.
16      Q.    It was a woman?
17      A.    No.  It was a man.
18      Q.    In Fort Walton Beach?
19      A.    Yes.
20      Q.    Okay.  And all of these treatments were
21   for your low back?
22      A.    Yes.
23      Q.    What were the -- Could you describe the
24   symptoms you were having in your low back?
25      A.    Symptoms?  Just tightness.  I guess
```

Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

Page 34

```
 1   just --
 2       Q.   Pain?
 3       A.   A little bit of pain, yeah, lower back.
 4       Q.   Did you have pain in your hips?
 5       A.   No.
 6       Q.   Either of your legs?
 7       A.   No.
 8       Q.   Did you have any numbness or tingling?
 9       A.   No.
10       Q.   Did either of these chiropractors tell
11   you what your condition was or what was wrong
12   with you?
13       A.   They said it was pulled muscles.  They
14   just told me I needed to stretch more often.
15       Q.   Did you ever see a medical doctor for
16   your back before the accident for which you
17   filed this lawsuit?
18       A.   No.
19       Q.   Did you take medication for your back?
20       A.   No.
21       Q.   Over-the-counter medication; Aleve,
22   Advil, aspirin?
23       A.   Yes.
24       Q.   You took those things for your back?
25       A.   I took Aleve on occasion.
```

Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

Page 35

```
 1      Q.   Okay.  For your back?
 2      A.   Yes.  Yes.
 3      Q.   All right.  Are you presently being
 4  treated by Dr. Bradley Bartholomew?
 5      A.   Yes.
 6      Q.   Here in New Orleans?
 7      A.   Yes.
 8      Q.   You were referred to him by your
 9  attorneys?
10      A.   Yes.
11      Q.   And he's performed a surgery?
12      A.   Yes.
13      Q.   When did he do that?
14      A.   June 25th.
15      Q.   And what did he do?
16      A.   Discectomy.
17      Q.   Was it a microdiscectomy?
18      A.   Micro, yes.
19      Q.   At what level?
20      A.   L4-L5.
21      Q.   Just one level, uh?
22      A.   Yes.
23      Q.   Okay.  And did that alleviate your
24  symptoms?
25      A.   Somewhat.
```

Joseph Arnold Dukes
Joseph Dukes v. Crosby Tugs, L.L.C.

Page 36

```
 1      Q.   Did that help you get better?
 2      A.   It helped.
 3      Q.   Okay.  What had your symptoms been
 4   before the surgery?
 5      A.   Numbness on my left -- in my left leg
 6   all the way down to my left foot and pain in the
 7   lower back.
 8      Q.   All right.  That's it?
 9      A.   Yes.
10      Q.   Are you left-handed or right-handed?
11      A.   A little of both.
12      Q.   Neither one.  All right.  You use your
13   left hand and your right hand?
14      A.   I use -- Yes.  I use my left hand if
15   I'm writing, driving, eating, but I use my right
16   hand for sports, working.
17      Q.   For throwing?
18      A.   Throwing.
19      Q.   Would you throw a baseball with your
20   right hand?
21      A.   Yes.
22      Q.   But would you write a letter with your
23   left hand?
24      A.   Yes.
25      Q.   Ambidextrous.
```