UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH DUKES | CIVIL ACTION NO. 2:18-cv-0564 |
| | DIV. "R"    MAG. (1) |
| V. | |
| | HON. SARAH S. VANCE |
| CROSBY TUGS, L.L.C. | MAG. JANIS VAN MEERVELD |

**UNSWORN DECLARATION**
**UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, I, Dr. Everett G. Robert, Jr., declare under penalty of perjury that:

1. I am over the age of majority and am a resident of the state of Louisiana.

2. I am a neurosurgeon employed by Southern Brain and Spine, 3798 Veterans Boulevard, Suite 200, Metairie, Louisiana 70002.

3. On November 28, 2018, I conducted an independent medical examination of Joseph Dukes. I issued a report based on my physical examination of Mr. Dukes and review of Mr. Dukes' medical records and medical history. Please see independent medical examination report, attached hereto as Item "1."

4. I issued an addendum to this report, based upon my review of Mr. Dukes' deposition and additional medical records. Please see addendum report, attached hereto as Item "2".

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Thus done in Metairie, LA on this 21 day of December, 2018.

Dr. Everett G. Robert, Jr.

**EXHIBIT**
**"C"**



3798 Veterans Memorial Blvd Ste 200
Metairie, LA 70002
Phone: (504) 454-0141
Fax: (504) 885-2465

Dukes, Joseph

# Independent Medical Exam

November 28, 2018

Miles Clements, Esq.
Frilot, LLC
1100 Poydras St., Suite 3700
New Orleans, LA  70163
Phone:  (504) 599-8004
Fax:  (504) 599-8104

Re: **Joseph Dukes**

DOB: **10-23-1958**

SBS#: **55722**

Dear Mr. Clements,

I saw Mr. Dukes today for the purposes of an Independent Medical Examination.  He is a 60-year-old gentleman who was involved in a work-related injury on 10/30/2017.  He said he was a deckhand on a tugboat and was on the side of a boat pulling up a rope to tie it.  He felt a snap in his lower back with left lower extremity shooting pain.

Since the accident, he was given medications.  He said the narcotics took away some of the pain, but it still persisted.  Physical therapy and/or chiropractic care helped some.  He has had no injections in his cervical or his lumbar spine, but he did go on to have lumbar surgery on 06/25/2018 with a subsequent infection in August 2018, for which he was given antibiotics.  His surgery was performed by Dr. Bradley Bartholomew.

When asked of any previous neck, arm, leg or back problems before the aforementioned accident, he says he did have chiropractic care for his lower back as he had a history of lower back pain on and off.  He said he has never had any lower extremity pain prior to the 10/30/2017 accident.

When asked of any accidents subsequent to the 10/30/2017 accident, he denies.

He denies any neck pain or any neck pain associated with his work-related accident.  He does complain of lower back pain.  He says that before the accident, his lower back pain was approximately 1 out of 10.  After the accident, it was 10 out of 10, and after surgery, or now, it is 3 to 4 out of 10.  He says that his leg pain before the accident was nonexistent or 0 out of 10.  After the accident, it was 9 out of 10 and now his leg pain is about 3 out of 10.  He complains still of left lower extremity pain going down into his foot.  With regard to his lower back pain, standing hurts his back more than sitting.  He has intermittent pain when he coughs or sneezes, no pain when he flexes and no pain when he extends his lower back.

He has not worked since the accident.  He partakes in physical therapy approximately three days a week.  He also walks at home or in the park.  He says he cannot lift anything over 20 pounds due to his current issues.

**ITEM "1"**

**Southern BRAIN & SPINE**

3798 Veterans Memorial Blvd Ste 200
Metairie, LA 70002
Phone: (504) 454-0141
Fax: (504) 885-2465

Dukes, Joseph

## REVIEW OF MEDICAL DOCUMENTATION:

### DOCUMENTATION PRIOR TO THE 10/30/2017 ACCIDENT:

I have for my review, documentation from 06/14/2011 to 01/20/2016. He was seen for employment physicals during this time. He was also seen for bronchitis and cough, acute maxillary sinusitis, and allergic rhinitis.

I have for my review, documentation from the Merchant Marines in the form of an exam report from 02/13/2008 to 11/18/2014. He denied any type of medical problems in the check off list on the first as well as the second and third reports.

I have for my review, a complete wellness and chiropractic rehabilitation documentation from 02/18/2012 to 11/28/2012. During this time, he was seen for left-sided lower back pain and he received treatment.

I have for my review, documentation where he was seen at Waterside Chiropractic Care on 11/26/2012 to 01/18/2013 for lumbar, thoracic, and sacroiliac joint pain.

I have for my review, documentation where he was seen by M & M Chiropractic Care from 02/09/2015 to 09/15/2016 complaining of occasional dull discomfort in his lower back at an intensity of approximately 3 out of 10 on almost all of his visits.

I have for my review, documentation where he was seen at Total Urgent Care on 06/20/2016 for congestion.

I have for my review, documentation where he was seen by Leo Chen, M.D. from 10/24/2016 to 08/30/2017 with chronic knee pain.

### DOCUMENTATION AFTER THE 10/30/2017 ACCIDENT:

I have for my review, an injury report filed on 10/30/2017 that describes he was injured when lifting and pulling a rope on a barge, resulting in a lumbar strain.

I have for my review, documentation from White Wilson Medical Center from 11/01/2017 to 08/29/2018 where he was seen for lumbar spinal pain with acute midline lower back and left-sided sciatica. He was dismissed to Neurosurgery for treatment. He was seen with a back abscess on August 24, 2018. He had incision and drainage apparently on August 24, 2018.

I have for my review, documentation from M & M Chiropractic Care on 11/02/2017 where he was seen and complained of constant, aching discomfort in his back on the level of a 7 on the Visual Analog Scale.

I have for my review, documentation where he was seen at PT Select from 11/07/2017 to 01/04/2018 for physical therapy of his back.

I have for my review, documentation where he was also seen at Orthopedic Associates on 12/18/2017 and was found to have an L4-5 extrusion by Dr. Dale Landry, Jr. He was recommended to undergo left L4-5 minimally invasive surgery.

I have for my review, documentation where he saw Dr. Bradley Bartholomew from 02/01/2018 to 10/02/2018. He ultimately underwent surgery on 06/25/2018 for a left L4-5 microdiscectomy.

**Southern Brain & Spine**

3798 Veterans Memorial Blvd Ste 200
Metairie, LA 70002
Phone: (504) 454-0141
Fax: (504) 885-2465

Dukes, Joseph

I have for my review, a deposition taken on Mr. Dukes on 10/02/2018. I have a job description of a deck hand that is included with this.

**PAST MEDICAL HISTORY:** Noncontributory except for spine problems.

**PAST SURGICAL HISTORY:** Spinal surgery.

**CURRENT MEDICATIONS:** Per the electronic medical record.

**ALLERGIES:** Per the electronic medical record.

**SOCIAL HISTORY:** He does not smoke. He does drink.

**FAMILY HISTORY:** Heart disease and diabetes.

**REVIEW OF SYSTEMS:** Noncontributory.

**PHYSICAL EXAMINATION:** On physical exam, his vital signs are stable according to the electronic medical record. He is awake, alert and follows commands. Cranial nerves II-XII are intact. Motor is 5/5 in his upper and lower extremities. He has no sensory deficits to light touch or pinprick. He ambulates with a normal gait and he has 1+ deep tendon reflexes. He has no inappropriate responses to my physical examination. He has good range of motion in his cervical and his lumbar spine. He has negative straight leg raise. No sacroiliac joint or trochanteric bursa tenderness. FABER's is negative. Patrick's is negative. He has no tenderness to palpation in his cervical, thoracic or lumbar spine. No spasms. Hoover's is negative.

**IMAGING:**

I have for my review, an x-ray of the thoracic spine from 11/27/2012. It is read as no acute abnormality. I would agree.

I have for my review, an x-ray of the lumbar spine from 11/27/2012. It is read as disc disease at the L3-4 level with some spurring. I would agree.

I will defer an MRI of the left knee on 09/01/2017 to an orthopedic surgeon as it is not my area of expertise.

I have for my review, an x-ray of the lumbar spine from 11/01/2017. It is read as advanced lumbar spondylosis and mild scoliosis.

I have for my review, an MRI of the lumbar spine from 12/04/2017. It is read as a left L4-5 paracentral posterolateral disc herniation and extrusion of a large volume of disc material in the left lateral recess posterior to the L5 vertebra, and an L3-4 lobulated broad based disc bulge with mild foraminal stenosis. I would agree.

**SUMMARY AND CONCLUSION:** After review of all medical documentation that has been made available to me, the patient's history, physical examination, and all imaging, what I am left with is a gentleman who has a history of on and off back pain for which he received chiropractic care before the aforementioned accident. After the accident, he reports left lower extremity pain for the first time and persists until he undergoes surgery by Dr. Bartholomew. His surgery appears to have helped him significantly. Currently,

**Southern Brain & Spine**

3798 Veterans Memorial Blvd Ste 200
Metairie, LA 70002
Phone: (504) 454-0141
Fax: (504) 885-2465

Dukes, Joseph

he is complaining of some residual left lower extremity pain as well as back pain.  I believe that the disc herniation seen on his MRI of his lumbar spine was caused by the accident in question, according to all the information that I currently have for my review, and his account of the onset of pain.  I believe that the operation that was performed by Dr. Bartholomew was appropriate.

As to why he is still hurting, perhaps a postoperative MRI done with and without contrast will tell whether or not he has a residual or recurrent disc herniation.  If not, I would recommend medications, physical therapy, as well as Neurontin and/or Lyrica.  I believe he would be at surgical MMI if he has a normal postoperative MRI at six months post operation.

Sincerely,

Everett G. Robert, M.D.
EGR / BR

**Southern Brain & Spine**

3798 Veterans Memorial Blvd Ste 200
Metairie, LA 70002
Phone: (504) 454-0141
Fax: (504) 885-2465

Dukes, Joseph

# ADDENDUM

December 20, 2018

Brandon K. Thibodeaux, Esq.
Frilot, LLC
1100 Poydras St., Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8004
Fax: (504) 599-8104

Re: **Joseph Dukes**

DOB: **10-23-1958**

SBS#: **55722**

Dear Mr. Thibodeaux:

I have a correspondence letter from the Frilot Law Firm on December 13, 2018. It informs me that there is other documentation for me to review. I am in receipt of a December 14, 2009 pre-employment physical by the Coastguard. On page 3 when it asks for any conditions that Mr. Dukes is suffering from or may have suffered from, he marks "No" in all the categories including Back Surgery or Injury.

I am also supplied with a deposition taken on 10/02/2018 of Mr. Joseph Arnold Dukes. On page 25 of his deposition through page 26 of his deposition, he attests of being involved in a parachuting accident and bruising his lower back. He later goes on to state that he was placed on light duty as the result of this accident. On the bottom of page 30 and the top of page 31 of his deposition, he attests to having probably pulled muscles in his lower back. He also affirms that he had seen a chiropractor for his back in an estimate of some fifteen times prior. Additionally he does say that these treatments began when he was "maybe 40" years old on page 32, line 7. This of course precedes the 12/14/2009 Coastguard pre-employment history in which he stated that he had never had or suffered from any back problems.

Based upon the documentation made available to me, it is clear that this gentleman had injured and was treated for lower back issues that preceded his 10/30/2017 work-related injury. Additionally on 02/01/2018 he did undergo surgery in his lower back by Dr. Brad Bartholomew, a L4-5 microdiscectomy.

For any questions or concerns, please feel free to contact me.

Sincerely,

Everett G. Robert, M.D.

EGR / SH

ITEM "2"