UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH DUKES | CIVIL ACTION NO. 2:18-cv-0564 |
| | DIV. "R"   MAG. (1) |
| V. | |
| | HON. SARAH S. VANCE |
| CROSBY TUGS, L.L.C. | MAG. JANIS VAN MEERVELD |

**MEMORANDUM IN SUPPORT OF
EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DOCUMENTS
IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY
JUDGMENT ON PLAINTIFF'S CLAIM FOR MAINTENANCE AND CURE**

**MAY IT PLEASE THE COURT:**

Crosby Tugs, LLC ("Crosby"), through undersigned counsel, submits this Memorandum to explain why the Court should grant it leave to supplement its pending Motion for Partial Summary Judgment on Plaintiff's Claim for Maintenance and Cure (R. Doc. 14) with the attached medical records from the National Personnel Records Center that were only recently received.

On November 6, 2018, Crosby requested Plaintiff's medical records from his time in the United States Army from the National Personnel Records Center. On December 21, 2018, Crosby timely filed its pending Motion for Partial Summary Judgment on Plaintiff's Claim for Maintenance and Cure (R. Doc. 14). On December 26, 2018, the National Personnel Records Center placed Plaintiff's relevant medical records in the United States mail. Upon receipt, Crosby reviewed these documents and realized that some of the records produced were relevant to the pending motion.[1] As such, Crosby is promptly filing this Motion so as to supplement its currently pending Motion for Partial Summary Judgment (R.

---

[1] Crosby would note that discovery does not close until January 8, 2019, thus these documents are being timely produced and will be relied upon by Crosby at trial. R. Doc. 10.

1

Doc. 14). Crosby would direct this Honorable Court to two documents that will assist it in resolving the underlying Motion.

As detailed in Crosby's Memorandum in Support of its Motion for Partial Summary Judgment (R. Doc. 14-1), Plaintiff actively concealed his prior low back pain issues when he applied for employment with Crosby. In Plaintiff's deposition he admitted that he injured his back muscles in a parachuting accident in 1978. Two medical records from his army service help to buttress the notion that plaintiff had long standing back issues. First, on October 17, 1985, plaintiff presented himself for a "Screening for Acute Medical Care."[2] Under the "Algorithm Summary" at handwritten number 5 it indicates that plaintiff had sustained "direct back trauma x 72 hrs."[3] Subsequently, on December 5, 1985, plaintiff filled out a "Report of Medical History."[4] At Section 11 of that form, Plaintiff was presented with a list of medical conditions and asked to indicate if "HAVE YOU EVER HAD OR HAVE YOU NOW" suffered from any of the below.[5] Plaintiff checked "YES" next to "Recurrent back pain."[6] This history was not presented to Crosby on the United States Coast Guard Merchant Mariner Credential Medical Evaluation Report filled out by Plaintiff.[7]

Bearing in mind the relevance of the foregoing, Crosby would respectfully request this Court allow it to supplement its currently pending Motion for Partial Summary Judgment on Plaintiff's Claim for Maintenance and Cure (R. Doc. 14).

---

[2] *See* Exhibit "D."
[3] *Id.*
[4] *See* Exhibit "E."
[5] *Id.*
[6] *Id.*
[7] *See* Exhibit A, Item 1 (attached to pending Motion).

Respectfully submitted:

*Miles P. Clements /s/*
Miles P. Clements (4184)
Joseph E. Lee III (26968)
Brandon K. Thibodeaux (32725)
Frilot L.L.C.
3700 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-3700
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-Mail: mclements@frilot.com
jlee@frilot.com
bthibodeaux@frilot.com
**Counsel for Defendant: Crosby Tugs, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record via the CM/ECF system, e-mail, facsimile and/or U.S. Mail this 3rd day of January, 2019.

*s/ Miles P. Clements*